## NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**05-1374**

**CHRISTOPHER GOUDEAU**

**VERSUS**

**TODD ST. ROMAIN AND THE CITY OF MARKSVILLE**

************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 2004-6306-A,
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Ulysses G. Thibodeaux, Chief Judge, Jimmie C. Peters and J. David Painter, Judges.

**AFFIRMED.**

**Darrel D. Ryland**
**J. B. Treuting**
**Wesley Elmer**
**Danika A. Benjamin**
**Law Office of Darrel D. Ryland**
**Post Office Drawer 1469**
**Marksville, LA 71351**
**(318) 253-5961**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    Christopher Goudeau

**Steven J. Bienvenu**
**Dauzat, Falgoust, Caviness,**

**and Bienvenu, L.L.P.**
**Post Office Box 1450**
**Opelousas, LA  70571**
**(337) 942-5811**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Todd St. Romain and the City of Marksville**